# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA STICKLER,<br><br>    Plaintiff<br><br>v.<br><br>SOCIAL SECURITY,<br><br>    Defendant | Case No.: 3:20-cv-00215-WGC<br><br>**Order**<br><br>Re: ECF Nos. 1, 1-1 |

Plaintiff filed an application to proceed in forma pauperis (IFP) (ECF No. 1) and pro se complaint seeking review of a social security disability or supplemental security income decision (ECF No. 1-1). The docket reflects that when Plaintiff filed her IFP application and complaint she was a resident of San Diego, California, and then filed a notice of change of address to El Cajon, California. (ECF No. 4.)

An action seeking review of a decision of the Social Security Administration should be filed in the judicial district where you live or where you have your principal place of business. 42 U.S.C. § 405(g). It appears that this IFP application and complaint should be filed in the United States District Court for the Southern District of California. Therefore, Plaintiff's IFP application (ECF No. 1) is **DENIED WITHOUT PREJUDICE**, and the complaint (ECF No. 1-1) is **DISMISSED WITHOUT PREJUDICE**, so that Plaintiff may file the action in the correct court. This action shall be administratively closed.

**IT IS SO ORDERED**.

Dated: August 19, 2020

*(signature)*
William G. Cobb
United States Magistrate Judge